**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  18−14123−VFP
           Chapter:  13
           Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  David R Borzotta                       Lisa A Borzotta
  41 Highland Avenue                 41 Highland Avenue
  Midland Park, NJ 07432           Midland Park, NJ 07432

Social Security No.:
  xxx−xx−6403                            xxx−xx−3883

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            5/3/18
Time:           10:00 AM
Location:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 2, 2018
JAN: dmc

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 18-14123-VFP
David R Borzotta                                               Chapter 13
Lisa A Borzotta
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2           Date Rcvd: Apr 02, 2018
                              Form ID: 132               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
db/jdb        +David R Borzotta,   Lisa A Borzotta,    41 Highland Avenue,    Midland Park, NJ 07432-1803
cr            +M&T BANK,   Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
517364910     +Best Buy/ CBNA,   POB 6497,   Sioux Falls, SD 57117-6497
517419247      Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517364911     +Cenlar Federal Savings & Loan,   POB 77404,    Trenton, NJ 08628-6404
517364912     +Chase,   POB 78420,   Phoenix, AZ 85062-8420
517364914     +Chase Card,   POB 15298,   Wilmington, DE 19850-5298
517364915     +Citicards/Citibank,   POB 6241,   Sioux Falls, SD 57117-6241
517364916     +Comenity Bank/Victoria Secret,   POB 182789,    Columbus, OH 43218-2789
517364918     +M&T Bank,   Attn: Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road, Suite 100,
                Mount Laurel, NJ 08054-3437
517364919     +Macys,   POB 8218,   Mason, OH 45040-8218
517364923     +TD Bank USA/Target Card,   POB 673,    Minneapolis, MN 55440-0673
517415359     +TD Bank, N.A.,   Payment Processing,    PO Box 16029,   Lewiston, ME 04243-9507
517364927    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     POB 5855,   Carol Stream, IL 60197)
517364928     +United Collection Bureao, Inc,   Attn: Chase Bank, N.A.,    POB 1418,   Maumee, OH 43537-8418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 00:52:14      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 00:52:12      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 00:48:43
                Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
517364917     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 03 2018 00:51:42      Khols Department Store,
                POB 3115,   Milwaukee, WI 53201-3115
517364920     +E-mail/PDF: pa_dc_claims@navient.com Apr 03 2018 00:48:49      Navient,   POB 9500,
                Wilkes Barre, PA 18773-9500
517364922     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 00:49:11      SYNCB/ PC Richard,   POB 965036,
                Orlando, FL 32896-5036
517366709     +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2018 00:48:43      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517364924      E-mail/Text: bankruptcy@td.com Apr 03 2018 00:52:16      TD Bank, N.A.,   POB 9547,
                Portland, ME 04112
517364929     +E-mail/Text: vci.bkcy@vwcredit.com Apr 03 2018 00:52:22      VW Credit, Inc.,
                1401 Franklin Blvd,   Libertyville, IL 60048-4460
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517364913*    +Chase,   POB 78420,   Phoenix, AZ 85062-8420
517364921*    +Navient,   POB 9500,   Wilkes Barre, PA 18773-9500
517364925*   ++TD BANKNORTH NA,   70 GRAY ROAD,    FALMOUTH ME 04105-2299
               (address filed with court: TD Bank, N.A.,    POB 9547,   Portland, ME 04112)
517364926*   ++TD BANKNORTH NA,   70 GRAY ROAD,    FALMOUTH ME 04105-2299
               (address filed with court: TD Bank, N.A.,    POB 9547,   Portland, ME 04112)
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 02, 2018
                              Form ID: 132             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
              Marie-Ann   Greenberg     magecf@magtrustee.com
              Robert   Wachtel     on behalf of Joint Debtor Lisa A Borzotta rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Robert   Wachtel     on behalf of Debtor David R Borzotta rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine     on behalf of Joint Debtor Lisa A Borzotta ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine     on behalf of Debtor David R Borzotta ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Sherri J. Braunstein     on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```