| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Motor Credit Corporation | Order Filed on May 7, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>David R. Borzotta, Lisa A. Borzotta<br><br>Debtor. | Case No.: 18-14123 VFP<br>Adv. No.:<br>Hearing Date: 5/3/18 @ 10:00 a.m.<br><br>Judge: Vincent F. Papalia |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 7, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtors:       Lisa A. Borzotta and David R Borzotta
Case No.:      18-14123 VFP
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Toyota Motor Credit Corporation holder of a mortgage on real property 2010 MERCEDES C300, VIN: WDDGF8BB8AR129441, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Robert Wachtel, Esquire, attorney for Debtors, Lisa A. Borzotta and David R Borzotta, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the claim is to be treated as unaffected; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments per the terms of the Note; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.