| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Motor Credit Corporation | **Order Filed on May 7, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>David R. Borzotta, Lisa A. Borzotta<br><br>Debtor. | Case No.: 18-14123 VFP<br>Adv. No.:<br>Hearing Date: 5/3/18 @ 10:00 a.m.<br>Judge: Vincent F. Papalia |

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 7, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtors:       Lisa A. Borzotta and David R Borzotta
Case No.:      18-14123 VFP
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Toyota Motor Credit Corporation holder of a mortgage on real property 2010 MERCEDES C300, VIN: WDDGF8BB8AR129441, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Robert Wachtel, Esquire, attorney for Debtors, Lisa A. Borzotta and David R Borzotta, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the claim is to be treated as unaffected; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments per the terms of the Note; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
David R Borzotta  
Lisa A Borzotta  
       Debtors

Case No. 18-14123-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 07, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.  
db/jdb        +David R Borzotta,   Lisa A Borzotta,   41 Highland Avenue,   Midland Park, NJ 07432-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2018 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation  
           rsolarz@kmllawgroup.com  
         Richard James Tracy, III     on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
         Robert Wachtel     on behalf of Joint Debtor Lisa A Borzotta rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
         Robert Wachtel     on behalf of Debtor David R Borzotta rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
         Ronald I. LeVine     on behalf of Debtor David R Borzotta ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
         Ronald I. LeVine     on behalf of Joint Debtor Lisa A Borzotta ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
         Sherri J. Braunstein     on behalf of Creditor     M&T BANK nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         United States Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                        TOTAL: 11