UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

Order Filed on June 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAVID BORZOTTA & LISA BORZOTTA

Case No.: 18-14123VFP

Chapter: 13

Judge: Papalia

ORDER APPROVING LATE ENTRY INTO LOSS MITIGATION PROGRAM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 19, 2018**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: DAVID BORZOTTA & LISA BORZOTTA
Case No. 18-14123VFP
Caption of Order: ORDER APPROVING LATE ENTRY INTO LOSS MITIGATION PROGRAM

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for debtor herein, upon notice to Marie-Ann Greenberg, Chapter 13 Standing Trustee and Phelan & Hallinan., the attorney for M & T Bank, for entry of an Order approving the late entry into the court's Loss Mitigation Program, and the Court having reviewed the Motion and any evidence presented at the hearing on the Motion (the "Hearing") and having heard statements of counsel in support thereof; and it appearing that all secured parties having been given notice of the Motion; and good and sufficient cause having been shown for entry of the within Order;

IT IS HEREBY FOUND AND DETERMIINED that:

A. Proper, timely, adequate and sufficient notice of the Motion on the hearing on the requested relief set forth above has been provided and no other or further notice of the Motion, the Hearing, or the entry of this Order is necessary.

B. A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested parties.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted approving the late entry into the court's loss mitigation program.