UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

In Re:

DAVID BORZOTTA & LISA BORZOTTA

Order Filed on June 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-14123VFP

Chapter: 13

Judge: Papalia

## ORDER APPROVING LATE ENTRY INTO LOSS MITIGATION PROGRAM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 19, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtor: DAVID BORZOTTA & LISA BORZOTTA
Case No. 18-14123VFP
Caption of Order: ORDER APPROVING LATE ENTRY INTO LOSS MITIGATION PROGRAM

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for debtor herein, upon notice to Marie-Ann Greenberg, Chapter 13 Standing Trustee and Phelan & Hallinan., the attorney for M & T Bank, for entry of an Order approving the late entry into the court's Loss Mitigation Program, and the Court having reviewed the Motion and any evidence presented at the hearing on the Motion (the "Hearing") and having heard statements of counsel in support thereof; and it appearing that all secured parties having been given notice of the Motion; and good and sufficient cause having been shown for entry of the within Order;

IT IS HEREBY FOUND AND DETERMIINED that:

A. Proper, timely, adequate and sufficient notice of the Motion on the hearing on the requested relief set forth above has been provided and no other or further notice of the Motion, the Hearing, or the entry of this Order is necessary.

B. A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested parties.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted approving the late entry into the court's loss mitigation program.

United States Bankruptcy Court
District of New Jersey

In re:  
David R Borzotta  
Lisa A Borzotta  
       Debtors

Case No. 18-14123-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 20, 2018  
                             Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.  
db/jdb        +David R Borzotta,    Lisa A Borzotta,    41 Highland Avenue,    Midland Park, NJ 07432-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                                      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Nicholas V. Rogers    on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com  
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
        rsolarz@kmllawgroup.com  
       Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,  
        tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerknapp.com  
       Robert Wachtel    on behalf of Joint Debtor Lisa A Borzotta rwachtel@ronlevinelaw.com,  
        irr72645@notify.bestcase.com  
       Robert Wachtel    on behalf of Debtor David R Borzotta rwachtel@ronlevinelaw.com,  
        irr72645@notify.bestcase.com  
       Ronald I. LeVine    on behalf of Joint Debtor Lisa A Borzotta ronlevinelawfirm@gmail.com,  
        irr72645@notify.bestcase.com  
       Ronald I. LeVine    on behalf of Debtor David R Borzotta ronlevinelawfirm@gmail.com,  
        irr72645@notify.bestcase.com  
       Sherri Jennifer Smith    on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                    TOTAL: 12