| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Ronald I. LeVine<br>210 River Street<br>Suite 11<br>Hackensack NJ 07601<br><br>In Re:<br>David & Lisa Borzotta | Order Filed on October 2, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-14123VFP<br>Chapter: 13<br>Judge: Hon. Papalia |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___June 15, 2018___ :

Property: ___41 Highland Ave, Midland Park NJ___

Creditor: ___M&T Bank___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___debtor's attorney___, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___December 14, 2018___.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2