UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Lisa A. Borzotta, and David R. Borzotta

Debtors.



Order Filed on October 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-14123 VFP

Adv. No.:

Hearing Date: 9/20/18 @ 11:00 a.m.

Judge: Vincent F. Papalia

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY & VACATING STAY RELIEF ORDER DATED SEPTEMBER 25, 2018

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 17, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Document      Page 2 of 2

**(Page 2)**
Debtors:  Lisa A. Borzotta, and David R. Borzotta
Case No: 18-14123 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY & VACATING STAY RELIEF ORDER DATED 9/25/2018
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property 2010 MERCEDES C300, VIN: WDDGF8BB8AR129441, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert Wachtel, Esquire, and Ronald I. Levine, Esquire attorneys for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 7, 2018, Debtors are due for the payment due September 10, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume September 10, 2018, directly to Secured Creditor, TMCC P.O. Box 5855 Carol Stream, IL 60197-5855; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved; AND

It is further **ORDERED, ADJUDGED and DECREED** that the Order dated September 25, 2018 vacating  the automatic stay is hereby vacated, and the automatic stay as to the subject collateral is hereby reinstated.