Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14123−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David R Borzotta
41 Highland Avenue
Midland Park, NJ 07432

Lisa A Borzotta
41 Highland Avenue
Midland Park, NJ 07432

Social Security No.:
xxx−xx−6403

xxx−xx−3883

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/29/18 and a confirmation hearing on such Plan has been scheduled for 11/15/18.

The debtor filed a Modified Plan on 11/7/18 and a confirmation hearing on the Modified Plan is scheduled for 12/6/18. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 8, 2018
JAN: lc

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 18-14123-VFP
David R Borzotta                                                  Chapter 13
Lisa A Borzotta
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2              Date Rcvd: Nov 08, 2018
                              Form ID: 186                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db/jdb         +David R Borzotta,    Lisa A Borzotta,   41 Highland Avenue,   Midland Park, NJ 07432-1803
cr             +M&T BANK,   Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
517364910      +Best Buy/ CBNA,   POB 6497,   Sioux Falls, SD 57117-6497
517419247       Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517364911      +Cenlar Federal Savings & Loan,   POB 77404,   Trenton, NJ 08628-6404
517364912      +Chase,   POB 78420,   Phoenix, AZ 85062-8420
517364914      +Chase Card,   POB 15298,   Wilmington, DE 19850-5298
517364915      +Citicards/Citibank,   POB 6241,   Sioux Falls, SD 57117-6241
517364918      +M&T Bank,   Attn: Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517364919      +Macys,   POB 8218,   Mason, OH 45040-8218
517439253      +NJ Division of Taxation,    POB 257,   Trenton, NJ 08646-0257
517364923      +TD Bank USA/Target Card,    POB 673,   Minneapolis, MN 55440-0673
517415359      +TD Bank, N.A.,   Payment Processing,    PO Box 16029,   Lewiston, ME 04243-9507
517448380      +TD Bank, N.A.,   c/o Schiller Knapp Lefkowitz Hertzel LLP,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
517364927     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    POB 5855,   Carol Stream, IL 60197)
517433306      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
517364928      +United Collection Bureao, Inc,   Attn: Chase Bank, N.A.,    POB 1418,   Maumee, OH 43537-8418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2018 23:58:14      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2018 23:58:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:55:28
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
517364916      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 08 2018 23:57:52
                 Comenity Bank/Victoria Secret,    POB 182789,   Columbus, OH 43218-2789
517364917      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 08 2018 23:57:16      Khols Department Store,
                 POB 3115,   Milwaukee, WI 53201-3115
517364920      +E-mail/PDF: pa_dc_claims@navient.com Nov 08 2018 23:54:30      Navient,   POB 9500,
                 Wilkes Barre, PA 18773-9500
517523220       E-mail/PDF: pa_dc_claims@navient.com Nov 08 2018 23:54:58
                 Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517513444       E-mail/Text: bnc-quantum@quantum3group.com Nov 08 2018 23:58:00
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517466748       E-mail/Text: bnc-quantum@quantum3group.com Nov 08 2018 23:58:01
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517364922      +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:54:24     SYNCB/ PC Richard,   POB 965036,
                 Orlando, FL 32896-5036
517366709      +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:54:47     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517364924       E-mail/Text: bankruptcy@td.com Nov 08 2018 23:58:18     TD Bank, N.A.,   POB 9547,
                 Portland, ME 04112
517524589       E-mail/Text: bankruptcy@td.com Nov 08 2018 23:58:18     TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,   Falmouth, ME 04105
517524685      +E-mail/Text: bncmail@w-legal.com Nov 08 2018 23:58:25     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517364929      +E-mail/Text: vci.bkcy@vwcredit.com Nov 08 2018 23:58:24      VW Credit, Inc.,
                 1401 Franklin Blvd,   Libertyville, IL 60048-4460
517483549      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2018 00:06:31      Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517523941         M&T BANK
517364913*       +Chase,   POB 78420,   Phoenix, AZ 85062-8420
517364921*       +Navient,   POB 9500,   Wilkes Barre, PA 18773-9500
517364925*      ++TD BANKNORTH NA,   70 GRAY ROAD,   FALMOUTH ME 04105-2299
                (address filed with court: TD Bank, N.A.,    POB 9547,   Portland, ME 04112)
517364926*      ++TD BANKNORTH NA,   70 GRAY ROAD,   FALMOUTH ME 04105-2299
                (address filed with court: TD Bank, N.A.,    POB 9547,   Portland, ME 04112)
                                                                                 TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin             Page 2 of 2            Date Rcvd: Nov 08, 2018
                              Form ID: 186            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
           p.com
          Robert Wachtel    on behalf of Joint Debtor Lisa A Borzotta rwachtel@ronlevinelaw.com,
           irr72645@notify.bestcase.com
          Robert Wachtel    on behalf of Debtor David R Borzotta rwachtel@ronlevinelaw.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Debtor David R Borzotta ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Joint Debtor Lisa A Borzotta ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Sherri Jennifer Smith    on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 12
```