Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| In Re: | Case No: | 18-14123 |
| David R Borzotta | | |
| Lisa A Borzotta | Judge: | Hon. Papalia |
| Debtor(s) | | |

# CHAPTER 13 PLAN AND MOTIONS

☐ Original ☒ Modified/Notice Required     Date: November 1, 2018
☐ Motions Included ☐ Modified/No Notice Required

**THE DEBTOR HAS FILED FOR RELIEF UNDER CHAPTER 13 OF THE BANKRUPTCY CODE.**

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the *Notice*. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> *The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

STATISTICAL INFORMATION: Debtor must select the number of each of the following items included in the Plan
0 Valuation of Security    0 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

2

### Part 1: Payment and Length of Plan

a. The debtor has paid to date $11,060.00 to the Chapter 13 Trustee and shall pay $1,180.00 monthly to the Trustee for the remaining 50 months starting on November 1st. All payments are to go first to the Navient student loan after Trustee's and Administrative costs.

b. The debtor shall make plan payments to the Trustee from the following sources:
- [☑] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- [ ] Sale of real property
    Description:
    Proposed date for completion:
- [ ] Refinance of real property:
    Description:
    Proposed date for completion:
- [☑] Loan modification with respect to mortgage encumbering property:
    Description:
    Proposed date for completion: Within 90 days from confirmation

d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [☑] Other information that may be important relating to the payment and length of plan:
Debtors have just entered a trial loan program with M&T Bank at $3,395.73 starting November 1, 2018.

### Part 2: Adequate Protection    [ ] NONE

a. Adequate protection payments will be made in the amount of $ ____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $ 3,395.73 to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: M&T Bank (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|

---

Initial Debtor(s)' Attorney  RIL    Initial Debtor: DRB    Initial Co-Debtor: LAB

[ ] DOES [☑] DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Check one:
☒ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C. 1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount.

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage (in Plan) | Amount to be Paid to Creditor (in Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| M&T Bank | 41 Highland Avenue | 100,000.00 | 0 | 0 | 3,395.73 |

b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (in Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| Toyota Financial Services | 2010 Mercedes | | 13,479 | 0 |

d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☒ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE," it shall be treated as an unsecured claim.

NOTE: A modification under this section ALSO REQUIRES

the appropriate motion to be filed under Section 7 of the Plan.

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☒ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

f. **Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor
Toyota Motor Credit Services on 2010 Mercedes is current and will be paid outside the Plan.

g. **Secured Claims to be Paid in Full Through the Plan** ☒ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

**Part 5: Unsecured Claims**  ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
☐ Not less than $_____ to be distributed pro rata
☐ Not less than _____ percent
☒ Pro Rata distribution from any remaining funds

b. **Separately classified unsecured claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Navient | Co-debtor obligations | Pay before general unsecured claims | $202,029.05 |

**Part 6: Executory Contracts and Unexpired Leases**  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

**Part 7: Motions**  ☒ NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☒ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Separately Classified Unsecured Claim of Navient

d. Post-Petition Claims

The Standing Trustee ☐ is ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: May 3, 2018.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To adjust Trustee payment based on new increased adequate protection payment. Also remove NJ priority claim. | See 1(a) |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☒ NONE
☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), or the attorney for the debtor(s) if not represented by an attorney, certify(s) that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: November 1, 2018    /s/ David R Borzotta
                          David R Borzotta
                          Debtor

Date: November 1, 2018    /s/ Lisa A Borzotta
                          Lisa A Borzotta
                          Joint Debtor

Date: November 1, 2018    /s/ Ronald I. LeVine
                          Ronald I. LeVine
                          Attorney for the Debtor(s)

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                      Case No. 18-14123-VFP
David R Borzotta                                                            Chapter 13
Lisa A Borzotta
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 2                  Date Rcvd: Nov 08, 2018
                              Form ID: pdf901               Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db/jdb         +David R Borzotta,    Lisa A Borzotta,    41 Highland Avenue,    Midland Park, NJ 07432-1803
cr             +M&T BANK,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517364910      +Best Buy/ CBNA,    POB 6497,   Sioux Falls, SD 57117-6497
517419247       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517364911      +Cenlar Federal Savings & Loan,    POB 77404,    Trenton, NJ 08628-6404
517364912      +Chase,   POB 78420,    Phoenix, AZ 85062-8420
517364914      +Chase Card,    POB 15298,   Wilmington, DE 19850-5298
517364915      +Citicards/Citibank,    POB 6241,   Sioux Falls, SD 57117-6241
517364918      +M&T Bank,    Attn: Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517364919      +Macys,   POB 8218,    Mason, OH 45040-8218
517439253      +NJ Division of Taxation,    POB 257,    Trenton, NJ 08646-0257
517364923      +TD Bank USA/Target Card,    POB 673,    Minneapolis, MN 55440-0673
517415359      +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
517448380      +TD Bank, N.A.,    c/o Schiller Knapp Lefkowitz Hertzel LLP,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
517364927     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     POB 5855,    Carol Stream, IL 60197)
517433306      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517364928      +United Collection Bureao, Inc,    Attn: Chase Bank, N.A.,    POB 1418,    Maumee, OH 43537-8418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2018 23:58:14      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2018 23:58:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:54:23
                 Synchrony Bank, c/o PRA Recievables Management, LL,     POB 41021,    Norfolk, VA 23541-1021
517364916      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 08 2018 23:57:53
                 Comenity Bank/Victoria Secret,    POB 182789,    Columbus, OH 43218-2789
517364917      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 08 2018 23:57:16      Khols Department Store,
                 POB 3115,    Milwaukee, WI 53201-3115
517364920      +E-mail/PDF: pa_dc_claims@navient.com Nov 08 2018 23:54:30      Navient,    POB 9500,
                 Wilkes Barre, PA 18773-9500
517523220       E-mail/PDF: pa_dc_claims@navient.com Nov 08 2018 23:54:31
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517513444       E-mail/Text: bnc-quantum@quantum3group.com Nov 08 2018 23:58:01
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517466748       E-mail/Text: bnc-quantum@quantum3group.com Nov 08 2018 23:58:01
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
517364922      +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:55:20      SYNCB/ PC Richard,    POB 965036,
                 Orlando, FL 32896-5036
517366709      +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 23:54:23      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517364924       E-mail/Text: bankruptcy@td.com Nov 08 2018 23:58:18      TD Bank, N.A.,    POB 9547,
                 Portland, ME 04112
517524589       E-mail/Text: bankruptcy@td.com Nov 08 2018 23:58:18      TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
517524685      +E-mail/Text: bncmail@w-legal.com Nov 08 2018 23:58:25      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
517364929      +E-mail/Text: vci.bkcy@vwcredit.com Nov 08 2018 23:58:24      VW Credit, Inc.,
                 1401 Franklin Blvd,    Libertyville, IL 60048-4460
517483549      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2018 00:06:55      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517523941         M&T BANK
517364913*       +Chase,   POB 78420,    Phoenix, AZ 85062-8420
517364921*       +Navient,    POB 9500,   Wilkes Barre, PA 18773-9500
517364925*      ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                 (address filed with court: TD Bank, N.A.,     POB 9547,    Portland, ME 04112)
517364926*      ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                 (address filed with court: TD Bank, N.A.,     POB 9547,    Portland, ME 04112)
                                                                                    TOTALS: 1, * 4, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 08, 2018
                              Form ID: pdf901          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
           p.com
          Robert Wachtel    on behalf of Joint Debtor Lisa A Borzotta rwachtel@ronlevinelaw.com,
           irr72645@notify.bestcase.com
          Robert Wachtel    on behalf of Debtor David R Borzotta rwachtel@ronlevinelaw.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Debtor David R Borzotta ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Joint Debtor Lisa A Borzotta ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Sherri Jennifer Smith    on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```