UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

In Re:

David and Lisa Borzotta

Order Filed on December 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-14123VFP

Chapter: 13

Judge: Hon Papalia

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 27, 2018**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____June 15, 2018_____ :

Property: ____41 Highland Ave, Midland Park NJ 07432____

Creditor: ____M&T Bank____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____debtor____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____February 14, 2019____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*