UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

In Re:
David and Lisa Borzotta

Order Filed on December 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-14123VFP
Chapter: 13
Judge: Hon Papalia

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 27, 2018**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____June 15, 2018____ :

Property: 41 Highland Ave, Midland Park NJ 07432

Creditor: M&T Bank

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____debtor____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____February 14, 2019____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
David R Borzotta
Lisa A Borzotta
       Debtors

Case No. 18-14123-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 27, 2018
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2018.
db/jdb      +David R Borzotta,   Lisa A Borzotta,   41 Highland Avenue,   Midland Park, NJ 07432-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2018 at the address(es) listed below:

      Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg   magecf@magtrustee.com
      Nicholas V. Rogers   on behalf of Creditor   M&T BANK nj.bkecf@fedphe.com
      Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
      Richard James Tracy, III   on behalf of Creditor   TD Bank, N.A. rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
      Robert Wachtel   on behalf of Joint Debtor Lisa A Borzotta rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com
      Robert Wachtel   on behalf of Debtor David R Borzotta rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com
      Ronald I. LeVine   on behalf of Joint Debtor Lisa A Borzotta ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
      Ronald I. LeVine   on behalf of Debtor David R Borzotta ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
      Sherri Jennifer Smith   on behalf of Creditor   M&T BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
      United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 12