Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14123−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David R Borzotta | Lisa A Borzotta |
| 41 Highland Avenue | 41 Highland Avenue |
| Midland Park, NJ 07432 | Midland Park, NJ 07432 |

Social Security No.:
  xxx−xx−6403                                        xxx−xx−3883

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     2/7/19
Time:     02:00 PM
Location:  Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine

COMMISSION OR FEES
$3837.50

EXPENSES
$192.21

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: February 4, 2019
JAN:

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                           Case No. 18-14123-VFP
David R Borzotta                                                 Chapter 13
Lisa A Borzotta
         Debtors                     CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Feb 04, 2019
                              Form ID: 137             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
db/jdb         +David R Borzotta,    Lisa A Borzotta,    41 Highland Avenue,    Midland Park, NJ 07432-1803
cr             +M&T BANK,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517364910      +Best Buy/ CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
517419247       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517364911      +Cenlar Federal Savings & Loan,    POB 77404,    Trenton, NJ 08628-6404
517364912      +Chase,   POB 78420,    Phoenix, AZ 85062-8420
517364914      +Chase Card,    POB 15298,    Wilmington, DE 19850-5298
517364915      +Citicards/Citibank,    POB 6241,    Sioux Falls, SD 57117-6241
517364918      +M&T Bank,    Attn: Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517364919      +Macys,   POB 8218,    Mason, OH 45040-8218
517439253      +NJ Division of Taxation,    POB 257,    Trenton, NJ 08646-0257
517364923      +TD Bank USA/Target Card,    POB 673,    Minneapolis, MN 55440-0673
517415359      +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
517448380      +TD Bank, N.A.,    c/o Schiller Knapp Lefkowitz Hertzel LLP,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
517364927     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:    Toyota Financial Services,    POB 5855,    Carol Stream, IL 60197)
517433306      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517364928      +United Collection Bureao, Inc,    Attn: Chase Bank, N.A.,    POB 1418,    Maumee, OH 43537-8418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2019 23:51:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2019 23:51:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2019 23:58:07
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517364916      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 04 2019 23:51:02
                 Comenity Bank/Victoria Secret,    POB 182789,    Columbus, OH 43218-2789
517364917      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 04 2019 23:50:30     Khols Department Store,
                 POB 3115,    Milwaukee, WI 53201-3115
517523941       E-mail/Text: camanagement@mtb.com Feb 04 2019 23:50:51     M&T BANK,    PO Box 1288,
                 Buffalo, NY 14240-1288
517364920      +E-mail/PDF: pa_dc_claims@navient.com Feb 04 2019 23:58:14     Navient,    POB 9500,
                 Wilkes Barre, PA 18773-9500
517523220       E-mail/PDF: pa_dc_claims@navient.com Feb 04 2019 23:58:14
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517513444       E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2019 23:51:07
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517466748       E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2019 23:51:07
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517364922      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2019 23:57:31     SYNCB/ PC Richard,    POB 965036,
                 Orlando, FL 32896-5036
517366709      +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2019 23:57:00     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517364924       E-mail/Text: bankruptcy@td.com Feb 04 2019 23:51:15     TD Bank, N.A.,    POB 9547,
                 Portland, ME 04112
517524589       E-mail/Text: bankruptcy@td.com Feb 04 2019 23:51:15     TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
517524685      +E-mail/Text: bncmail@w-legal.com Feb 04 2019 23:51:20     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517364929      +E-mail/Text: vci.bkcy@vwcredit.com Feb 04 2019 23:51:20     VW Credit, Inc.,
                 1401 Franklin Blvd,    Libertyville, IL 60048-4460
517483549      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2019 23:57:17     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517364913*     +Chase,   POB 78420,    Phoenix, AZ 85062-8420
517364921*     +Navient,    POB 9500,    Wilkes Barre, PA 18773-9500
517364925*    ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
               (address filed with court:    TD Bank, N.A.,    POB 9547,    Portland, ME 04112)
517364926*    ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
               (address filed with court:    TD Bank, N.A.,    POB 9547,    Portland, ME 04112)
                                                                                            TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2                User: admin               Page 2 of 2                  Date Rcvd: Feb 04, 2019
                                    Form ID: 137              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Robert Wachtel    on behalf of Joint Debtor Lisa A Borzotta rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Robert Wachtel    on behalf of Debtor David R Borzotta rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor David R Borzotta ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Joint Debtor Lisa A Borzotta ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Sherri Jennifer Smith    on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```