| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | <br>Order Filed on June 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    DAVID R BORZOTTA<br>    LISA A BORZOTTA | Case No.:  18-14123<br><br>Judge:  VINCENT F. PAPALIA |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: June 12, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s):  DAVID R BORZOTTA
LISA A BORZOTTA

Case No.:  18-14123VFP

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of M & T BANK, Court Claim Number 9, be reduced to amount of $0 .