Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−14123−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David R Borzotta | Lisa A Borzotta |
| 41 Highland Avenue | 41 Highland Avenue |
| Midland Park, NJ 07432 | Midland Park, NJ 07432 |

Social Security No.:
  xxx−xx−6403                             xxx−xx−3883

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      7/2/20
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine,

COMMISSION OR FEES
$5120.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 12, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

Case 18-14123-VFP    Doc 79    Filed 06/14/20    Entered 06/15/20 00:30:00    Desc Imaged
Certificate of Notice    Page 2 of 4

Certificate of Notice    Page 3 of 4

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                            Case No. 18-14123-VFP
David R Borzotta                                                  Chapter 13
Lisa A Borzotta
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2                  Date Rcvd: Jun 12, 2020
                              Form ID: 137               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2020.
db/jdb         +David R Borzotta,   Lisa A Borzotta,   41 Highland Avenue,   Midland Park, NJ 07432-1803
cr             +M&T BANK,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
517364910      +Best Buy/ CBNA,   POB 6497,   Sioux Falls, SD 57117-6497
517419247       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517364911      +Cenlar Federal Savings & Loan,   POB 77404,   Trenton, NJ 08628-6404
517364915      +Citicards/Citibank,   POB 6241,   Sioux Falls, SD 57117-6241
517364918      +M&T Bank,   Attn: Phelan Hallinan Diamond & Jones PC,   400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517364919      +Macys,   POB 8218,   Mason, OH 45040-8218
517439253      +NJ Division of Taxation,   POB 257,   Trenton, NJ 08646-0257
517364923      +TD Bank USA/Target Card,   POB 673,   Minneapolis, MN 55440-0673
517415359      +TD Bank, N.A.,   Payment Processing,   PO Box 16029,   Lewiston, ME 04243-9507
517448380      +TD Bank, N.A.,   c/o Schiller Knapp Lefkowitz Hertzel LLP,   30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
517364927     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    POB 5855,   Carol Stream, IL 60197)
517433306      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517364928      +United Collection Bureao, Inc,   Attn: Chase Bank, N.A.,   POB 1418,   Maumee, OH 43537-8418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2020 00:58:23     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2020 00:58:21     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2020 01:03:55
                 Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
517364916      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2020 00:58:04
                 Comenity Bank/Victoria Secret,   POB 182789,   Columbus, OH 43218-2789
517364912       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 13 2020 01:03:59     Chase,   POB 78420,
                 Phoenix, AZ 85062
517364914       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 13 2020 01:03:59     Chase Card,
                 POB 15298,   Wilmington, DE 19850
517364917      +E-mail/Text: bncnotices@becket-lee.com Jun 13 2020 00:57:25     Khols Department Store,
                 POB 3115,   Milwaukee, WI 53201-3115
517523941       E-mail/Text: camanagement@mtb.com Jun 13 2020 00:58:02     M&T BANK,   PO Box 1288,
                 Buffalo, NY 14240-1288
517364920      +E-mail/PDF: pa_dc_claims@navient.com Jun 13 2020 01:04:11     Navient,   POB 9500,
                 Wilkes Barre, PA 18773-9500
517523220       E-mail/PDF: pa_dc_claims@navient.com Jun 13 2020 01:02:58
                 Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517513444       E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2020 00:58:13
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517466748       E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2020 00:58:14
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
517364922      +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2020 01:03:54     SYNCB/ PC Richard,   POB 965036,
                 Orlando, FL 32896-5036
517366709      +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2020 01:03:54     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517364924       E-mail/Text: bankruptcy@td.com Jun 13 2020 00:58:26     TD Bank, N.A.,   POB 9547,
                 Portland, ME 04112
517524589       E-mail/Text: bankruptcy@td.com Jun 13 2020 00:58:26     TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,   70 Gray Road,   Falmouth, ME 04105
517524685      +E-mail/Text: bncmail@w-legal.com Jun 13 2020 00:58:34     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517364929      +E-mail/Text: vci.bkcy@vwcredit.com Jun 13 2020 00:58:33     VW Credit, Inc.,
                 1401 Franklin Blvd,   Libertyville, IL 60048-4460
517483549      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2020 01:03:44     Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517364913*    ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court: Chase,   POB 78420,   Phoenix, AZ 85062)
517364921*     +Navient,   POB 9500,   Wilkes Barre, PA 18773-9500
517364925*    ++TD BANKNORTH NA,   70 GRAY ROAD,   FALMOUTH ME 04105-2299
                (address filed with court: TD Bank, N.A.,   POB 9547,   Portland, ME 04112)
517364926*    ++TD BANKNORTH NA,   70 GRAY ROAD,   FALMOUTH ME 04105-2299
                (address filed with court: TD Bank, N.A.,   POB 9547,   Portland, ME 04112)
                                                                                   TOTALS: 0, * 4, ## 0
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 12, 2020
                              Form ID: 137             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Lisa M. McQuade    on behalf of Plaintiff    Parabolic Performance & Rehab lmcquade@feinsuch.com
          Lisa M. McQuade    on behalf of Counter-Defendant    Parabolic Performance & Rehab
           lmcquade@feinsuch.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor   M&T BANK NJ_ECF_Notices@mccalla.com,
           mccallaecf@ecf.courtdrive.com
          Nicholas V. Rogers    on behalf of Creditor   M&T BANK nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@hillwallack.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Robert Wachtel    on behalf of Joint Debtor Lisa A Borzotta rwachtel@ronlevinelaw.com,
           ronlevinelawfirm@gmail.com
          Robert Wachtel    on behalf of Counter-Claimant Lisa A Borzotta rwachtel@ronlevinelaw.com,
           ronlevinelawfirm@gmail.com
          Robert Wachtel    on behalf of Counter-Claimant David R Borzotta rwachtel@ronlevinelaw.com,
           ronlevinelawfirm@gmail.com
          Robert Wachtel    on behalf of Debtor David R Borzotta rwachtel@ronlevinelaw.com,
           ronlevinelawfirm@gmail.com
          Robert Wachtel    on behalf of Defendant Lisa A Borzotta rwachtel@ronlevinelaw.com,
           ronlevinelawfirm@gmail.com
          Robert Wachtel    on behalf of Defendant David R Borzotta rwachtel@ronlevinelaw.com,
           ronlevinelawfirm@gmail.com
          Ronald I. LeVine    on behalf of Counter-Claimant Lisa A Borzotta ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Defendant David R Borzotta ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Debtor David R Borzotta ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Defendant Lisa A Borzotta ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Counter-Claimant David R Borzotta ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Joint Debtor Lisa A Borzotta ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Sherri Jennifer Smith    on behalf of Creditor   M&T BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 23
```