Order Filed on July 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River St. Ste. 11
Hackensack, NJ 07601
Attorney for Debtor
RL9395

In Re:

David R. Borzotta and Lisa A. Borzotta

Case No.: 18-14123VFP

Chapter 13

Judge: Hon. Papalia

## SECOND ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: July 22, 2020**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)
Debtor: David R. Borzotta and Lisa A. Borzotta
Case No. 18-14123VFP
Second Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $5080.00 for services rendered and expenses in the amount of $0, for a total of $5080.00. The allowance shall be payable:

- ■ through the Chapter 13 plan as an administrative priority.
- outside the plan.

ORDERED that the Debtors' Plan payment is adjusted to $1335.00 for the 33 remaining months.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.