| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq.<br>210 River St. Ste. 11<br>Hackensack, NJ 07601<br>Attorney for Debtor<br>RL9395 | Order Filed on July 22, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>David R. Borzotta and Lisa A. Borzotta | Case No.: 18-14123VFP<br><br>Chapter 13<br><br>Judge: Hon. Papalia |

### SECOND ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: July 22, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Debtor: David R. Borzotta and Lisa A. Borzotta
    Case No. 18-14123VFP
    Second Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $5080.00 for services rendered and expenses in the amount of $0, for a total of $5080.00. The allowance shall be payable:

- ■ through the Chapter 13 plan as an administrative priority.
- outside the plan.

ORDERED that the Debtors' Plan payment is adjusted to $1335.00 for the 33 remaining months.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 18-14123-VFP
David R Borzotta                                                Chapter 13
Lisa A Borzotta
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1         Date Rcvd: Jul 22, 2020
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db/jdb         +David R Borzotta,   Lisa A Borzotta,    41 Highland Avenue,   Midland Park, NJ 07432-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lisa M. McQuade    on behalf of Plaintiff    Parabolic Performance & Rehab lmcquade@feinsuch.com
              Lisa M. McQuade    on behalf of Counter-Defendant    Parabolic Performance & Rehab
               lmcquade@feinsuch.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    M&T BANK NJ_ECF_Notices@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              Nicholas V. Rogers    on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Robert Wachtel    on behalf of Counter-Claimant Lisa A Borzotta rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Robert Wachtel    on behalf of Counter-Claimant David R Borzotta rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Robert Wachtel    on behalf of Debtor David R Borzotta rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Robert Wachtel    on behalf of Defendant Lisa A Borzotta rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Robert Wachtel    on behalf of Defendant David R Borzotta rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Robert Wachtel    on behalf of Joint Debtor Lisa A Borzotta rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Ronald I. LeVine    on behalf of Defendant David R Borzotta ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor David R Borzotta ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Defendant Lisa A Borzotta ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Counter-Claimant David R Borzotta ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Joint Debtor Lisa A Borzotta ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Counter-Claimant Lisa A Borzotta ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Sherri Jennifer Smith    on behalf of Creditor    M&T BANK nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 23