| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David R Borzotta<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx−xx−6403<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | Lisa A Borzotta<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx−xx−3883<br>EIN  __−_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18−14123−VFP | | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David R Borzotta                                   Lisa A Borzotta

<u>5/25/23</u>                                     **By the court:** <u>Vincent F. Papalia</u>
                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
David R Borzotta  
Lisa A Borzotta  
    Debtors

Case No. 18-14123-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 25, 2023 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David R Borzotta, Lisa A Borzotta, 41 Highland Avenue, Midland Park, NJ 07432-1803 |
| cr | + | M&T BANK, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517364911 | + | Cenlar Federal Savings & Loan, POB 77404, Trenton, NJ 08628-6404 |
| 517364918 | + | M&T Bank, Attn: Phelan Hallinan Diamond & Jones PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517439253 | + | NJ Division of Taxation, POB 257, Trenton, NJ 08646-0257 |
| 519917009 | + | TD Bank NA, PO Box 16029, Lewiston, ME 04243-9507 |
| 517415359 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517448380 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 25 2023 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 25 2023 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | May 26 2023 01:04:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517364910 | + | EDI: CITICORP.COM | May 26 2023 01:04:00 | Best Buy/ CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 517419247 | | Email/PDF: bncnotices@becket-lee.com | May 25 2023 21:28:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517364915 | + | EDI: CITICORP.COM | May 26 2023 01:04:00 | Citicards/Citibank, POB 6241, Sioux Falls, SD 57117-6241 |
| 517364916 | + | EDI: WFNNB.COM | May 26 2023 01:04:00 | Comenity Bank/Victoria Secret, POB 182789, Columbus, OH 43218-2789 |
| 517364919 | + | EDI: CITICORP.COM | May 26 2023 01:04:00 | Macys, POB 8218, Mason, OH 45040 |
| 517364912 | | EDI: JPMORGANCHASE | May 26 2023 01:04:00 | Chase, POB 78420, Phoenix, AZ 85062 |
| 517364914 | | EDI: JPMORGANCHASE | May 26 2023 01:04:00 | Chase Card, POB 15298, Wilmington, DE 19850 |
| 517364917 | + | Email/Text: PBNCNotifications@peritusservices.com | May 25 2023 21:24:00 | Khols Department Store, POB 3115, Milwaukee, WI 53201-3115 |
| 517523941 | | Email/Text: camanagement@mtb.com | May 25 2023 21:26:00 | M&T BANK, PO Box 1288, Buffalo, NY 14240-1288 |
| 517364920 | + | EDI: NAVIENTFKASMSERV.COM | May 26 2023 01:04:00 | Navient, POB 9500, Wilkes Barre, PA 18773-9500 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: 3180W | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517523220 | | EDI: MAXMSAIDV | May 26 2023 01:04:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517466748 | | EDI: Q3G.COM | May 26 2023 01:04:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517513444 | | EDI: Q3G.COM | May 26 2023 01:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517364922 | + | EDI: RMSC.COM | May 26 2023 01:04:00 | SYNCB/ PC Richard, POB 965036, Orlando, FL 32896-5036 |
| 517366709 | + | EDI: RMSC.COM | May 26 2023 01:04:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517364924 | | EDI: TDBANKNORTH.COM | May 26 2023 01:04:00 | TD Bank, N.A., POB 9547, Portland, ME 04112 |
| 517524589 | | EDI: TDBANKNORTH.COM | May 26 2023 01:04:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 517524685 | + | Email/Text: bncmail@w-legal.com | May 25 2023 21:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517364923 | + | EDI: WTRRNBANK.COM | May 26 2023 01:04:00 | TD Bank USA/Target Card, POB 673, Minneapolis, MN 55440-0673 |
| 517364927 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 25 2023 21:25:00 | Toyota Financial Services, POB 5855, Carol Stream, IL 60197 |
| 517433306 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 25 2023 21:25:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517364928 | + | Email/Text: BAN1418@UCBINC.COM | May 25 2023 21:25:00 | United Collection Bureao, Inc, Attn: Chase Bank, N.A., POB 1418, Maumee, OH 43537-8418 |
| 517364929 | + | Email/Text: vci.bkcy@vwcredit.com | May 25 2023 21:26:00 | VW Credit, Inc., 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 517483549 | + | EDI: AIS.COM | May 26 2023 01:04:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517364913 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, POB 78420, Phoenix, AZ 85062 |
| 517364921 | *+ | Navient, POB 9500, Wilkes Barre, PA 18773-9500 |
| 517364925 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., POB 9547, Portland, ME 04112 |
| 517364926 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., POB 9547, Portland, ME 04112 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: 3180W | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lisa M. McQuade | on behalf of Plaintiff Parabolic Performance & Rehab lmcquade@csglaw.com |
| Lisa M. McQuade | on behalf of Counter-Defendant Parabolic Performance & Rehab lmcquade@csglaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor M&T BANK mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Nicholas V. Rogers | on behalf of Creditor M&T BANK nj.bkecf@fedphe.com |
| Richard James Tracy, III | on behalf of Creditor TD Bank N.A. richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Robert Wachtel | on behalf of Counter-Claimant Lisa A Borzotta rwachtel@ronlevinelaw.com ronlevinelawfirm@gmail.com |
| Robert Wachtel | on behalf of Counter-Claimant David R Borzotta rwachtel@ronlevinelaw.com ronlevinelawfirm@gmail.com |
| Robert Wachtel | on behalf of Defendant Lisa A Borzotta rwachtel@ronlevinelaw.com ronlevinelawfirm@gmail.com |
| Robert Wachtel | on behalf of Defendant David R Borzotta rwachtel@ronlevinelaw.com ronlevinelawfirm@gmail.com |
| Ronald I. LeVine | on behalf of Counter-Claimant Lisa A Borzotta ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| Ronald I. LeVine | on behalf of Defendant David R Borzotta ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| Ronald I. LeVine | on behalf of Debtor David R Borzotta ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| Ronald I. LeVine | on behalf of Defendant Lisa A Borzotta ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| Ronald I. LeVine | on behalf of Counter-Claimant David R Borzotta ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| Ronald I. LeVine | on behalf of Joint Debtor Lisa A Borzotta ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 20